1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice* pending)
   Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice* pending)
6  233 South Wacker Drive
   Suite 5800 Sears Tower
7  Chicago, Illinois 60606
   Telephone: (312) 876-7700
8  Facsimile: (312) 993-9767
   Email: mark.mester@lw.com
9         livia.kiser@lw.com

10 Attorneys for Defendant
   Aurora Dairy Corporation
11

12

   **UNITED STATES DISTRICT COURT FOR THE**
13
   **NORTHERN DISTRICT OF CALIFORNIA**
14
   **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| 16  **BRENDA GALLARDO, an individual,** | **Case No. 07-cv-05331-MJJ** |
| 17      **Plaintiff,** | |
| 18  **AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,** | **NOTICE OF APPEARANCE** |
| 19  | |
| 20      **Defendant.** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Mark S. Mester, Livia M. Kiser, and Viviann C. Stapp of the law offices of Latham & Watkins LLP hereby file this Notice of Appearance in the above-captioned action as counsel for Defendant Aurora Dairy Corporation and request that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

(1) *mark.mester@lw.com*
(2) *livia.kiser@lw.com*
(3) *viviann.stapp@lw.com*

Dated:  November 13, 2007                              Respectfully submitted,


By_____/s/_____
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

-and-

Mark S. Mester (Ill. Bar No. 6196140)
(subject to admission *pro hac vice*)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

Livia M. Kiser (Ill. Bar No. 6275283)
(subject to admission *pro hac vice*)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: livia.kiser@lw.com


Attorneys for Defendant Aurora Dairy Corporation