1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice* pending)
   Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice* pending)
6  233 South Wacker Drive
   Sears Tower, Suite 5800
7  Chicago, IL 60606
   Telephone: (312) 876-7700
8  Facsimile: (312) 993-9767
   Email: mark.mester@lw.com
9          livia.kiser@lw.com

10 Attorneys for Defendant
   Aurora Dairy Corporation

11

12            UNITED STATES DISTRICT COURT FOR THE

13            NORTHERN DISTRICT OF CALIFORNIA

14            SAN FRANCISCO DIVISION

15

16 **BRENDA GALLARDO, an individual,**        **Case No. 07-cv-05331-MJJ**

        **Plaintiff,**
17
                                             **DEFENDANT AURORA DAIRY**
   **AURORA DAIRY CORPORATION, d/b/a**       **CORPORATION'S CERTIFICATION**
18 **AURORA ORGANIC DAIRY,**                 **OF INTERESTED ENTITIES AND**
                                             **F.R.C.P. 7.1 DISCLOSURES**
19        **Defendant.**

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1           Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,

2    other than the named parties, there is no such interest to report.  In addition, pursuant to Federal

3    Rule of Civil Procedure 7.1, Defendant Aurora Dairy Corporation ("Aurora") hereby states that it

4    is a corporation organized under the laws of the State of Delaware.  No publicly-held company

5    holds ten percent (10%) or more of Aurora Dairy Corporation's stock.

6

7    Dated:     November 13, 2007             Respectfully submitted,

8                                         LATHAM & WATKINS LLP

9

10

11                                      By /s/_____
                                     Viviann C. Stapp

12                                         Attorneys for Defendant
                                     Aurora Dairy Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28