UNITED STATES DISTRICT COURT

Northern District of California

BRENDA GALLARDO, an individual,

Plaintiff(s),

v.

AURORA DAIRY CORPORATION,
d/b/a Aurora Organic Dairy, a Delaware
Corporation,

Defendant(s).

CASE NO. C 07-05331 MJJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Katherine Campbell, an active member in good standing of the bar of The Supreme Court of Oregon, whose business address and telephone number (particular court to which applicant is admitted) is

Katherine Campbell, Staff Attorney, Center for Science in the Public Interest
5646 Milton Street, Suite 211, Dallas, Texas 75206
214-827-2774, ext. 111

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Brenda Gallardo,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States ~~Magistrate~~ District Judge