1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Mark S. Mester (Ill. Bar No. 6196140)
   233 South Wacker Drive
6  Sears Tower, Suite 5800
   Chicago, IL 60606
7  Telephone: (312) 876-7700
   Facsimile: (312) 993-9767
8  Email: mark.mester@lw.com

9  Attorney for Defendant
   Aurora Dairy Corporation

10

11

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRENDA GALLARDO, an individual, | Case No. 07-cv-05331-MJJ |
|---|---|
| Plaintiff, | |
| AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER) |
| Defendant. | ORDER |

FILED
JAN 02 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

LATHAM & WATKINS
ATTORNEYS AT LAW

1

Case No. 07-cv-05331-MJJ
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE* (MARK S. MESTER)

Pursuant to Civil L.R. 11-3, Mark S. Mester, an active member in good standing of the bars of the state of Illinois and the United States District Court for the Northern District of Illinois hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Aurora Dairy Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of the Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of this attorney is Viviann C. Stapp, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 391-0600.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 13, 2007

_____
Mark S. Mester

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1/2/08
DATE

CH\985761.2
11-13-2007