LATHAM & WATKINS LLP
Viviann C. Stapp (Cal. Bar No. 233036)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*)
Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*)
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
        livia.kiser@lw.com

*Attorneys for Defendant*
*Aurora Dairy Corporation*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA GALLARDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,<br><br>Defendant. | Case No. 3:07-cv-05331-MJJ<br><br>**DECLARATION OF LIVIA M. KISER IN FURTHER SUPPORT OF MOTION OF DEFENDANT AURORA ORGANIC DAIRY TO AMEND CASE MANAGEMENT SCHEDULE AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD UNTIL RESOLUTION OF COMPETING MOTIONS FOR TRANSFER AND CONSOLIDATION CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

1       I, Livia M. Kiser, declare and state as follows:

2       1.      I am an attorney admitted to practice law in Illinois and an associate with

3   the law firm of Latham & Watkins LLP, counsel for Aurora Dairy Corporation, d/b/a Aurora

4   Organic Dairy ("Aurora").  This declaration is filed in support of the Motion Of Defendant

5   Aurora Organic Dairy To Amend Case Management Schedule And To Extend Time To Answer

6   Or Otherwise Plead Until Resolution Of Competing Motions For Transfer And Consolidation

7   Currently Pending Before The Judicial Panel On Multidistrict Litigation.  I have personal and

8   firsthand knowledge of the facts stated in this declaration.  If called upon to do so, I could and

9   would testify competently thereto.

10      2.      On December 13, 2007, I contacted counsel for Plaintiff, Mr. Rob

11  Bramson, to discuss the pending deadlines in this case and to see whether Plaintiff would agree

12  to a motion to amend the Case Management Schedule and to give Aurora an additional, limited

13  extension of time to answer or otherwise respond to Plaintiff's Complaint, pending a decision on

14  transfer and consolidation by the Judicial Panel on Multidistrict Litigation ("Multidistrict

15  Panel"), in light of the fact that the Panel had scheduled an oral argument on the issue for

16  January 30, 2008.

17      3.      At that time, Mr. Bramson indicated that he was undecided as to whether

18  he would join in such a motion and requested that I send him a draft of what I was proposing to

19  file.  He further indicated that he would be amending the Complaint to add additional claims.  On

20  December 18, 2007, Mr. Bramson filed an Amended Complaint on Plaintiff's behalf.

21      4.      Subsequently, I sent to Mr. Bramson for his review and comment a draft

22  copy of a motion (1) to amend the Case Management Schedule and (2) to extend the time for

23  Aurora to answer or otherwise plead in light of Plaintiff's recently amended Complaint and the

24  pending hearing on transfer and consolidation before the Multidistrict Panel on January 30, 2008.

25      5.      On December 28, 2007, Mr. Bramson informed me that he had an

26  opportunity to review the draft motion.  He indicated that in light of the pending Multidistrict

27  Panel hearing, he and his client would agree to postpone the Case Management Conference of

28

1

1    January 29, 2007 by fourteen (14) days.  He indicated, however, that he and his client would

2    neither agree to any other amendments to the Case Management Schedule nor would they allow

3    Aurora an additional, limited extension to answer or otherwise plead in response to Plaintiff's

4    Amended Complaint.

5        6.    Attached hereto as Exhibit A is a true and correct copy of Schedule of

6    Actions prepared at my direction by an associate at Latham & Watkins LLP, reflecting the

7    eleven class action lawsuits filed against Aurora within the last three months.

8        7.    Attached hereto as Exhibit B is a true and correct copy, without exhibits,

9    of (1) Motion Of Plaintiffs Rebecca And Fernando Freyre For Transfer And Coordination Or

10   Consolidation Under 28 U.S.C. § 1407 and (2) Brief In Support Of The Motion Of Plaintiffs

11   Rebecca And Fernando Freyre For Transfer And Coordination Or Consolidation Under 28

12   U.S.C. § 1407 filed on October 19, 2007 before the Judicial Panel on Multidistrict Litigation

13   regarding In re: Aurora Dairy Corporation Organic Milk Litigation, MDL Docket No. 1907.

14       8.    Attached hereto as Exhibit C is a true and correct copy, without exhibits,

15   of (1) Plaintiffs Leonie Lloyd And Kristine Mothershead's Consolidated Motion For Transfer To

16   The Eastern District Of Missouri And Response To Motion Of Plaintiffs Rebecca And Fernando

17   Freyre For Transfer And Coordination Or Consolidation and (2) Brief In Support Plaintiffs

18   Leonie Lloyd And Kristine Mothershead's Consolidated Motion For Transfer To The Eastern

19   District Of Missouri And Response To Motion Of Plaintiffs Rebecca And Fernando Freyre For

20   Transfer And Coordination Or Consolidation filed on November 5, 2007 before the Judicial

21   Panel on Multidistrict Litigation regarding In re: Aurora Dairy Corporation Organic Milk

22   Marketing and Sales Practice Litigation, MDL Docket No. 1907.

23       9.    Attached hereto as Exhibit D is a true and correct copy, without exhibits,

24   of The Still Plaintiffs' Consolidated Response: (A) In Support Of The Motion of Plaintiffs

25   Rebecca Fernando Freyre For Transfer And Coordination Or Consolidation Under 28 U.S.C. §

26   1407; And (B) In Opposition To Plaintiffs Leonie Lloyd And Kristine Mothershead's

27   Consolidated Motion For Transfer To The Eastern District Of Missouri filed on November 13,

28

2

1  2007 before the Judicial Panel on Multidistrict Litigation regarding <u>In re: Aurora Dairy</u>

2  <u>Corporation Organic Milk Marketing and Sales Practice Litigation</u>, MDL Docket No. 1907.

3            10.     Attached hereto as Exhibit E is a true and correct copy, without exhibits,

4  of (1) Opposition Of Aurora Dairy Corporation To The Motion Of Plaintiffs Rebecca And

5  Fernando Freyre For Transfer And Coordination Or Consolidation Under 28 U.S.C. § 1407 and

6  (2) Memorandum Of Aurora Dairy Corporation In Opposition To The Motion of Plaintiffs

7  Rebecca And Fernando Freyre For Transfer Under 28 U.S.C. § 1407 filed on November 13,

8  2007 before the Judicial Panel on Multidistrict Litigation regarding <u>In re: Aurora Dairy</u>

9  <u>Corporation Organic Milk Marketing and Sales Practice Litigation</u>, MDL Docket No. 1907.

10            11.     Attached hereto as Exhibit F is a true and correct copy of the Notice Of

11  Hearing Schedule dated December 13, 2007 and sent to Latham & Watkins LLP by the Clerk of

12  the Judicial Panel on Multidistrict Litigation.

13            12.     Attached hereto as Exhibit G is a true and correct copy, without exhibits,

14  of Stipulation Extending Time To Answer Or Otherwise Plead In Response To Plaintiff's

15  Complaint filed on December 31, 2007 in the action <u>Kaye v. Aurora Dairy Corporation</u>, Case

16  No. 07-Civ-04425(DRH)(ETB) pending in the United States District Court for the Eastern

17  District of New York.

18            13.     Attached hereto as Exhibit H is Defendant Aurora Dairy Corporation d/b/a

19  Aurora Organic Dairy's Answer And Affirmative Defenses To Plaintiff's First Amended Class

20  Action Complaint.

21          I declare under penalty of perjury that the foregoing is true and correct.

22  Date: January 3, 2008

23                     Livia M. Kiser

24

25

26

27

28

                         3