**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Robert M. Bramson, Cal. Bar No. 102006
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: 925-945-8792
rbramson@bramsonplutzik.com

**THE MILLS LAW FIRM**
Robert W. Mills, Cal. Bar No. 062154
Harry Shulman, Cal. Bar No. 209908
145 Marina Boulevard
San Rafael, CA 94901-4224
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
harry@millslawfirm.com

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Stephen Gardner (*pro hac vice*)
Director of Litigation
Katherine Campbell (*pro hac vice*)
Staff Attorney
The Meadows Building
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787
sgardner@cspinet.org
kcampbell@cspinet.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA GALLARDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AURORA DAIRY CORPORATION,<br>d/b/a Aurora Organic Dairy, a Delaware Corporation,<br><br>Defendant. | Case No. **3:07-cv-05331-MJJ**<br><br>**DECLARATION OF HARRY SHULMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF AURORA ORGANIC DAIRY TO AMEND CASE MANAGEMENT SCHEDULE AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD UNTIL RESOLUTION OF COMPETING MOTIONS FOR TRANSFER AND CONSOLIDATION CURRENTLY PENDING BEFORETHE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

I, HARRY SHULMAN, DECLARE AS FOLLOWS:

1.  I am a member of The Mills Law Firm, one of the counsel of record for plaintiff in this case. The facts stated in this declaration are true and correct of my own knowledge, except as specifically noted, and if called upon to testify thereto, I could and would do so.

2.  I have reviewed the "Memorandum of Aurora Dairy Corporation In Opposition to the Motion of Plaintiffs Rebecca and Fernando Freyre for Transfer Under 28 U.S.C. §1407" filed before the Judicial Panel on Multidistrict Litigation. (A copy of the Memorandum was attached as Exhibit E to the Declaration of Livia Kiser in Support of Defendant's Motion for Extension.) Defendant made the following statements in this Memorandum:

   a. "consolidation would not promote the efficient conduct of these proceedings." (Memorandum at 2);

   b. The questions raised in the cases against it were "mundane." (Memorandum at 6); and

   c. "There is also nothing in the record suggesting that the kind of extensive discovery required in *IBM* will be needed or that anything other than garden variety tort and contract claims are at issue."

3.  I have reviewed the Motion of Plaintiffs Rebecca and Fernando Freyre For Transfer and Coordination or Consolidation Under 28 U.S.C. §1407. The motion indicates that it was filed on or about October 19, 2007. The motion listed four actions in its "Schedule of Actions" to transfer to an MDL court; the present case was not among those actions.

4.  I have reviewed Plaintiffs Leonie Lloyd and Kristine Mothershead's Consolidated Motion for Transfer to the Eastern District of Missouri and Response to Motion of Plaintiffs Rebecca and Fernando Freyre For Transfer and Coordination or Consolidation. The motion indicates that it was filed on or around November 5, 2007. The *Mothershead* plaintiffs identified their own case and the same four cases on the *Freyre* "Schedule of Actions" to be transferred to an MDL court. Again, their motion excluded the current action from the cases to be transferred to the MDL court.

CASE NO. 3:07-CV-05331-MJJ
DECLARATION OF HARRY SHULMAN IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION

1

5. The memorandum in support of the *Freyre* motion to transfer contains the following statements: "Each of the cases filed names Aurora as the sole defendant. Each is filed on behalf of a nationwide class of consumers who bought milk produced by Aurora that did not meet organic standards."

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge, and that I could competently testify to these facts if called as a witness.

Executed in San Rafael, California.

Dated: January 8, 2008.

Harry Shulman
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

Attorneys for Plaintiff

CASE NO. 3:07-CV-05331-MJJ
DECLARATION OF HARRY SHULMAN IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION

2