**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Robert M. Bramson, Cal. Bar No. 102006
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: 925-945-8792
rbramson@bramsonplutzik.com

**THE MILLS LAW FIRM**
Robert W. Mills, Cal. Bar No. 062154
Harry Shulman, Cal. Bar No. 209908
145 Marina Boulevard
San Rafael, CA 94901-4224
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
harry@millslawfirm.com

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Stephen Gardner (*pro hac vice*)
Director of Litigation
Katherine Campbell (*pro hac vice*)
Staff Attorney
The Meadows Building
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787
sgardner@cspinet.org
kcampbell@cspinet.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GALLARDO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AURORA DAIRY CORPORATION,<br>d/b/a Aurora Organic Dairy, a Delaware<br>Corporation,<br><br>　　　　　　Defendant. | Case No. **3:07-cv-05331-MJJ**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of The Mills Law Firm and my business address is 145 Marina Boulevard, CA 94901. On the date stated below, I served a true copy of the following document(s):

**PLAINTIFF'S OPPOSITION TO MOTION OF AURORA ORGANIC DAIRY TO AMEND CASE MANAGEMENT SCHEDULE AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD UNTIL RESOLUTION OF COMPETING MOTIONS FOR TRANSFER AND CONSOLIDATION CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DECLARATION OF HARRY SHULMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION**

on the interested parties herein as follows:

Viviann C Stapp
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Livia M. Kiser
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606

Mark S. Mester
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606

(X) **Via U. S. Mail**: By placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

( ) **Via Fax**: By placing said document(s) in my company facsimile machine in the course and scope of business on this date, and faxed noted document(s) to said parties to the numbers indicated.

( ) **Via Federal Express**: By placing said document(s) in Federal Express packaging and depositing said package in a Federal Express drop-off within the City of San Rafael, County of Marin.

( ) **Via Messenger**: By placing said document(s) in an envelope addressed as shown below, and dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

Case No. 3:07-cv-05331-MJJ
CERTIFICATE OF SERVICE

1

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the
2  State Bar of California at whose direction the service was made.

3  Executed this **8th day of January 2008** at San Rafael, California.

*Lorna Fredricksen, Declarant*