| | |
|---|---|
| 1 | |
| 2 | **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**<br>Robert M. Bramson, Cal. Bar No. 102006 |
| 3 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598 |
| 4 | Telephone: (925) 945-0200<br>Facsimile: 925-945-8792 |
| 5 | rbramson@bramsonplutzik.com |
| 6 | **THE MILLS LAW FIRM**<br>Robert W. Mills, Cal. Bar No. 062154 |
| 7 | Harry Shulman, Cal. Bar No. 209908<br>145 Marina Boulevard |
| 8 | San Rafael, CA 94901-4224<br>Telephone: (415) 455-1326 |
| 9 | Facsimile: (415) 455-1327<br>harry@millslawfirm.com |
| 10 | **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**<br>Stephen Gardner (*pro hac vice*) |
| 11 | Director of Litigation<br>Katherine Campbell (*pro hac vice*) |
| 12 | Staff Attorney<br>The Meadows Building |
| 13 | 5646 Milton Street, Suite 211<br>Dallas, Texas 75206 |
| 14 | Telephone: 214-827-2774<br>Facsimile: 214-827-2787 |
| 15 | sgardner@cspinet.org<br>kcampbell@cspinet.org |
| 16 | |
| 17 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GALLARDO, an individual, | Case No. **3:07-cv-05331-MJJ** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AURORA DAIRY CORPORATION, d/b/a Aurora Organic Dairy, a Delaware Corporation, | |
| Defendant. | |

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of The Mills Law Firm and my business address is 145 Marina Boulevard, CA 94901. On the date stated below, I served a true copy of the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties herein as follows:

Viviann C Stapp
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Livia M. Kiser
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606

Mark S. Mester
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606

(X) **Via U. S. Mail**: By placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

( ) **Via Fax**: By placing said document(s) in my company facsimile machine in the course and scope of business on this date, and faxed noted document(s) to said parties to the numbers indicated.

( ) **Via Federal Express**: By placing said document(s) in Federal Express packaging and depositing said package in a Federal Express drop-off within the City of San Rafael, County of Marin.

( ) **Via Messenger**: By placing said document(s) in an envelope addressed as shown below, and dispatching a messenger from my place of business with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the State Bar of California at whose direction the service was made.

Executed this **8th day of January 2008** at San Rafael, California.

*/s/ Lorna Fredricksen/*
Lorna Fredricksen, Declarant

Case No. 3:07-cv-05331-MJJ
CERTIFICATE OF SERVICE

1