UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brenda Gallardo,

CASE NO. 3:07-cv-05331-MJJ

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Aurora Dairy Corporation

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert M. Bramson | Plaintiff | 925-945-0200 | rbramson@bramsonplutzik.com |
| Harry Shulman | Plaintiff | 415-455-1326 | harry@millslawfirm.com |
| Livia M. Kiser | Defendant | 312-876-6568 | livia.kiser@lw.com |
| Mark S. Mester | Defendant | 312-876-7623 | mark.mester@lw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 01/08/08                                   /s/ Harry Shulman
                                                  Attorney for Plaintiff

Dated: 01/08/08                                   /s/ Livia M. Kiser
                                                  Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."