**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **January 8, 2008**, I served the following document described as:

**ADR CERTIFICATION**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Robert M. Bramson
BRAMSON, PLUTZIK, MAHLER &
    BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
rbramson@bramsonplutzik.com

Stephen Gardner (*pro hac vice*)
Katherine Campbell (*pro hac vice*)
CENTER FOR SCIENCE
    IN THE PUBLIC INTEREST
The Meadows Building
5646 Milton Street, Suite 211
Dallas, TX 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787
sgardner@cspinet.org
kcampbell@cspinet.org

Robert W. Mills
Harry Shulman
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901-4224
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
harry@millslawfirm.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

Case No. 07-cv-05331-MJJ
*PROOF OF SERVICE*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 8, 2008**, at San Francisco, California.

*Sheila Wolohan*
Sheila Wolohan