LATHAM & WATKINS LLP
Viviann C. Stapp (Cal. Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*)
Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*)
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
       livia.kiser@lw.com

*Attorneys for Defendant*
Aurora Dairy Corporation

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BRENDA GALLARDO, on behalf of herself and all others similarly situated,**<br><br>    Plaintiff,<br><br>**AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,**<br><br>    Defendant. | Case No. 3:07-cv-05331-MJJ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT AURORA ORGANIC DAIRY TO AMEND CASE MANAGEMENT SCHEDULE AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD UNTIL RESOLUTION OF COMPETING MOTIONS FOR TRANSFER AND CONSOLIDATION CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

## I. INTRODUCTION

Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Defendant" or "Aurora"), by and through its attorneys, respectfully requests that the Court take judicial notice of the following document: January 9, 2008 Order entered in Mothershead, et al. v. Aurora Dairy Corp., d/b/a Aurora Organic Dairy, No. 4:07-cv-01701-CAS (E.D. Mo. filed Oct. 4, 2007), granting Aurora's motion for an extension of time to file its answer following the resolution by the Judicial Panel on Multidistrict Litigation of competing motions for transfer and consolidation. A true and correct copy is attached to the accompanying Declaration of Livia M. Kiser as Exhibit A.

## II. BASIS FOR REQUEST

The Court may take judicial notice of facts "generally known" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Further, courts frequently take judicial notice of "matters of public record." See Lee v. City of Los Angeles, 250 F.3d 668, 689-90 (9th Cir. 2001) (noting a court may take judicial notice of the existence of another court's opinion, "which is not subject to reasonable dispute over its authenticity"); see also Quan v. Smithkline Beecham Corp., 149 Fed. Appx. 668, 670 (9th Cir. 2005) (taking judicial notice, as a matter of undisputed public record, of an additional complaint filed by the plaintiff). Indeed, "[t]he Court is empowered to and does take judicial notice of court files and records." Schweitzer v. Scott, 469 F. Supp. 1017, 1021 (C.D. Cal. 1979).

The present request is made as to a court order entered in the United States District Court for the Eastern District of Missouri, the accuracy of which can be readily determined by resort to sources whose accuracy cannot reasonably be questioned. Aurora only requests that this Court take judicial notice of the fact that the District Court Judge for the United States District Court for the Eastern District of Missouri granted Aurora's motion for an extension of time to file its answer following the resolution by the Judicial Panel on Multidistrict Litigation of competing motions for transfer and consolidation. See Lee, 250 F.3d at 689.

1

Case No. 3:07-cv-05331-MJJ
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEF. AURORA ORGANIC DAIRY'S MOTION TO AMEND
CASE MGMT SCHEDULE AND TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

1  **III.    CONCLUSION**

2       The document for which Aurora requests judicial notice is a proper subject for judicial
3  notice because it can be accurately and readily determined by resort to sources whose accuracy
4  cannot reasonably be questioned. Having provided the Court with the necessary information as to
5  the document, Aurora respectfully request that the Court grant the present Request for Judicial
6  Notice.

7  Dated: January 10, 2008                         Respectfully submitted,

8                                                   LATHAM & WATKINS LLP
                                                        Mark S. Mester (*pro hac vice*)
9                                                       Livia S. Kiser (*pro hac vice*)
                                                        Viviann C. Stapp
10

11
                                                    By: /s/_____
12                                                      Viviann C. Stapp
                                                        Attorneys for Defendant
13                                                      Aurora Dairy Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 2
                                                              Case No. 3:07-cv-05331-MJJ
                                                   REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
                                                   DEF. AURORA ORGANIC DAIRY'S MOTION TO AMEND
                                                   CASE MGMT SCHEDULE AND TO EXTEND TIME
                                                   TO ANSWER OR OTHERWISE PLEAD

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2008, I electronically filed the foregoing

> ***REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT AURORA ORGANIC DAIRY TO AMEND CASE MANAGEMENT SCHEDULE AND TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD UNTIL RESOLUTION OF COMPETING MOTIONS FOR TRANSFER AND CONSOLIDATION CURRENTLY PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***
>
> ***DECLARATION OF LIVIA M. KISER IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE***

with the Clerk of the Court using the *CM/ECF* system which will send notification of such filing to the following:

> Robert M. Bramson, Cal. Bar No. 102006
> BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
> 2125 Oak Grove Road, Suite 120
> Walnut Creek, California 94598
> Telephone: (925) 945-0200
> Facsimile: (925) 945-8792
> rbramson@bramsonplutzik.com
>
> Stephen Gardner (*pro hac vice*)
> Katherine Campbell (*pro hac vice*)
> CENTER FOR SCIENCE IN THE PUBLIC INTEREST
> The Meadows Building
> 5646 Milton Street, Suite 211
> Dallas, Texas 75206
> Telephone: (214) 827-2774
> Facsimile: (214) 827-2787
> sgardner@cspinet.org
> kcampbell@cspinet.org

I further certify that I caused the above-referenced document to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Robert W. Mills, Cal. Bar No. 062154
Harry Shulman, Cal. Bar No. 209908
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901-4224
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
harry@millslawfirm.com

Executed on **January 10, 2008**, at San Francisco, California.

/s/
Viviann C. Stapp, Attorney for Defendant
Email: viviann.stapp@lw.com

2