```
 1  LATHAM & WATKINS LLP
    Viviann C. Stapp (Cal. Bar No. 233036)
 2  505 Montgomery Street, Suite 1900
    San Francisco, California 94111-2562
 3  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
 4  Email: viviann.stapp@lw.com

 5

    Mark S. Mester (Ill. Bar No. 6196140) (pro hac vice)
 6  Livia M. Kiser (Ill. Bar No. 6275283) (pro hac vice)
    233 South Wacker Drive
 7  Suite 5800 Sears Tower
    Chicago, Illinois 60606
 8  Telephone: (312) 876-7700
    Facsimile: (312) 993-9767
 9  Email: mark.mester@lw.com
           livia.kiser@lw.com
10
    Attorneys for Defendant
11  Aurora Dairy Corporation
```

Attorneys for Defendant
Aurora Dairy Corporation

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA GALLARDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,<br><br>Defendant. | Case No. 3:07-cv-05331-MJJ<br><br>**DECLARATION OF LIVIA M. KISER IN FURTHER SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

I, Livia M. Kiser, declare and state as follows:

1. I am an attorney admitted to practice law in Illinois and an associate with the law firm of Latham & Watkins LLP, counsel for Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"). This declaration is filed in further support of Aurora's Request For

1

1  Judicial Notice. I have personal and firsthand knowledge of the facts stated in this declaration.
2  If called upon to do so, I could and would testify competently thereto.
3        2. Attached hereto as Exhibit A is a true and correct copy of the Order
4  entered on January 9, 2008 in <u>Mothershead, et al. v. Aurora Dairy Corp., d/b/a Aurora Organic
5  Dairy</u>, No. 4:07-cv-01701-CAS (E.D. Mo. filed Oct. 4, 2007).
6        3. I received a copy of the above referenced Order through the ECF
7  Notification System.
8      I declare under penalty of perjury that the foregoing is true and correct.

10  Date: January 10, 2008
11                            Livia M. Kiser

2