UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTINE MOTHERSHEAD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:07-CV-1701 CAS |
| ) | |
| AURORA DAIRY CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on defendant Aurora Dairy Corporation's motion for an extension of time to file its answer following resolution by the Judicial Panel on Multidistrict Litigation of competing motions for transfer and consolidation currently pending before it, or in the alternative, for leave to file <u>instanter</u> the Answer it submitted with the motion for extension of time. Plaintiffs oppose the motion and urge the Court to set a scheduling conference in this matter as soon as practicable so that the parties may proceed to discovery and initial disclosures.

After careful consideration, the Court finds that the motion for extension of time should be granted to conserve judicial resources, to conserve the resources of the parties, and to prevent inconsistent pretrial orders pending transfer, regardless of which district is the transferee of any multidistrict litigation which may result from the proceedings in <u>In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practice Litigation</u>, MDL No. 1907.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Aurora Dairy Corporation's motion for an extension of time to file its answer following resolution by the Judicial Panel on Multidistrict

Litigation of the competing motions for transfer and consolidation currently pending before it in MDL No. 1907 is **GRANTED**.  [Doc. 10]

**IT IS FURTHER ORDERED** that defendant shall file its Answer within twenty (20) days after resolution by the Judicial Panel on Multidistrict Litigation of the motions for transfer and consolidation currently pending before it in MDL No. 1907.

 

*(signature)*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   9th   day of January, 2008.