# EXHIBIT A

# SCHEDULE OF ACTIONS

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Kristine Mothershead and Leonie Lloyd, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division | 4:07-cv-01701-CAS | Hon. Charles A. Shaw |
| Plaintiffs:<br>Maya Fiallos, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. Florida, Southern Division | 1:07-cv-22748-AJ | Hon. Adalberto J. Jordan |
| Plaintiffs:<br>Rebecca and Fernando Freyre, on behalf of themselves and all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation | D. Colorado | 1:07-cv-02183-EWN-CBS | Hon. Edward W. Nottingham, Jr. |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Mona Still, Helen Phillips, Eve Hana, Jeanmarie Zirger, Kim King, Noelle Fincham, Oksana Jensen, Gabriela Waschewsky, Laurelanne Davis, Debbie Millikan, Joan Scheutz, Sandie Regan, Steve Shriver, Mary Elbertai, Eileen Ptak, Cynthia Roche-Cotter, Kristen Finnegan, Amy Forsman, Joy Beckner, Naomi Mardock, Olive Knaus, Liana Hoodes, Donita Robinson, Ilene Rachford, Lisa Hopkins, Caryn Poirier, Erin Diserens, Tammy Coselli, Debra Haines, Debra Schmidt, and Hans Kueck<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02188-WDM | Hon. Walker D. Miller |
| Plaintiffs:<br>Brenda Gallardo, an individual<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | N.D. California | 3:07-cv-05331-MJJ | Hon. Martin J. Jenkins |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Hillary White and Lynn Michalson, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. New York | 07-CIV-9418 | Hon. Deborah A. Batts |
| Plaintiffs:<br>Ilsa Lee Kaye, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. New York | 2:07-cv-04425-DRH-ETB | Hon. Denis R. Hurley |
| Plaintiffs:<br>Elizabeth Cockrell, individually and on behalf of all others similarly situation<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02285-LTB | Hon. Lewis T. Babcock |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Nicolle DiSimone, individually and on behalf of those similarly situated<br><br>Defendants:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy, Case Vander Eyk, JR. b/d/a Case Vander Eyk, JR. Dairy, Quality Assurance International, Inc. a/k/a QAI, Does 1-50 | Superior Court of California, County of Los Angeles | BC379475 | Hon. Anthony J. Mohr |
| Plaintiffs:<br>Jim Snell, Steve Clark, John Barrera, Joseph Villari, Elida Gollomp, Claire M. Theodore and Elisabeth Banse, on behalf of themselves and all other similarly situated<br><br>Defendants:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, Wild Oats Market, Inc., Costco Wholesale Corporation, Safeway, Inc., Wal-Mart Stores, Inc. | D. Colorado | 07-cv-02449 | Hon. Marcia S. Krieger |
| Plaintiffs:<br>Margot A. West, and Richard E. Ehly, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02625-JLK | Hon. John L. Kane |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiff:<br>Fayetta Cowan<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy and Wal-Mart Stores, Inc. | Superior Court of Indiana, Marion County | 49D13 07 12 PL 055553 | Hon. S. K. Reid |