| ATTORNEY OF RECORD: <br> Mark S. Mester <br> Latham & Watkins <br> Telephone NO: 312-867-7623 <br> Fax No: 312-993-9767 <br> State Bar No. _Ill. 619 6140_ <br> ATTORNEY FOR (Name): Defendant(s), Aurora Dairy Corporation / LIVE | DO NOT FILE WITH COURT <br><br> **COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURT CONFERENCE!!** <br><br> Court Conference ID#:    2056645 |
|---|---|
| **U.S. District Court-N.D. Cal. San Francisco** | |
| Case Name:  Brenda Gallardo, an Individual vs. Aurora Dairy Corporation dba Aurora Organic Dairy | CASE NUMBER: 07CV05331-MJJ <br> DEPARTMENT: <br> 11/Judge Martin J. Jenkins <br><br> DATE/TIME: Tuesday, January 29th, 2008/2:00 PM <br> HEARING: Case Management Conference |
| **REQUEST FOR COURT CONFERENCE TELEPHONIC APPEARANCE** | Our Tax ID#:  95-4568415 |

1/. ___Mark S. Mester___ (Name of specific attorney appearing telephonically) requests a Court Conference telephonic calendar appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: Court Conference Telephonic Appearances. I UNDERSTAND THAT I DIAL INTO THE CALL FIVE MINUTES BEFORE ITS SCHEDULED START TIME.  **COURT CONFERENCE DOES NOT DIAL OUT TO ME.**

2/. A copy of this document was served on all other parties at the time it was faxed to Court Conference, Telephonic Appearance Program Administrator at (866) 533-2946.

3/. The Court Conference Appearance Fee in the sum of $25.00 which will be supplemented based on the length of the call as follows: 0-45 minutes - $25.00, 46-60 minutes - $31.50, 61 minutes and above an additional $6.50 per each additional 15 minute increment, will be paid as follows:

X Check - (copy attached-**write Court Conference ID# on check**-and faxed to Court Conference at (866) 533-2946, payable to Telephonic Hearing Account and original mailed to Court Conference at 6383 Arizona Circle, Los Angeles, CA  90045, Tel: (866) 582-6878.  **INDIVIDUALS REPRESENTING THEMSELVES MUST PAY BY CREDIT CARD!**

__Charged - to Court Conference Debit Account No.:_____

__Charged - to VISA, Mastercard or American Express:

To be completed only on the copy submitted to Court Conference:

| Credit Card Number:_____Expiration Date:_____ <br> To pay by credit card, the copy of this form submitted to Court Conference must be signed by the person whose credit card is to be charged and must be **faxed** to Court Conference at (866) 533-2946 with the above credit card information completed. The signature below constitutes authorization to charge the above referenced credit card. |
|---|
| _____ <br> Type Name                                                                Signature |

4. Request forms are processed within 24 hours of receipt.  Call Court Conference if you do not receive a faxed Confirmation within 24 hours.  WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURT CONFERENCE CALENDAR AND MAY BE PRECLUDED FROM APPEARING TELEPHONICALLY!  COURT CONFERENCE'S LIABILITY CONCERNING THIS TELEPHONIC APPEARANCE IS LIMITED TO THE FEE PAID TO COURT CONFERENCE. Matters continued at the time of the hearing require a new form and fee for the continued date..  To cancel a Court Conference Appearance fax a copy of your Confirmation marked "Canceled" to (866) 533-2946.

5. MY SIGNATURE ON THIS DOCUMENT SERVES AS CONSENT FOR COURT CONFERENCE TO CONTINUE TO FAX (AT THE FAX NUMBER LISTED ABOVE UNDER "ATTORNEY OF RECORD") OR EMAIL NOTICES TO ME OR MY FIRM ADVISING OF UPCOMING APPEARANCES AND/OR OTHER OFFERINGS FROM COURT CONFERENCE UNTIL I OR MY FIRM ADVISES COURT CONFERENCE OTHERWISE.

Date:     January 24, 2008                              Signature: _[signature]_

Crystal Gutierrez