1 | LATHAM & WATKINS LLP
Viviann C. Stapp (Cal. Bar No. 233036)
2 | 505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
3 | Telephone: (415) 391-0600
Facsimile: (415) 395-8095
4 | Email: viviann.stapp@lw.com

5

6 | Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*)
Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*)
233 South Wacker Drive
7 | Suite 5800 Sears Tower
Chicago, Illinois 60606
8 | Telephone: (312) 876-7700
Facsimile: (312) 993-9767
9 | Email: mark.mester@lw.com
         livia.kiser@lw.com
10

*Attorneys for Defendant*
11 | *Aurora Dairy Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRENDA GALLARDO, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>**AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY,**<br><br>Defendant. | Case No. 3:07-cv-05331-MMC<br><br>**AURORA DAIRY CORPORATION'S LOCAL RULE 3-13 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

1  Defendant Aurora Dairy Corporation ("Aurora"), by its counsel, hereby provides,
2  pursuant to Local Rule 3-13, notice of the pendency of other actions or proceedings. This action,
3  which involves Aurora's use of the "USDA Organic" seal, is related to four actions that have
4  been consolidated and transferred to the Eastern District of Missouri by the Judicial Panel on
5  Multidistrict Litigation ("Panel"), as well as fourteen additional actions that have been identified
6  by the Panel as potential tag-along actions involving common questions of fact, pursuant to a
7  February, 20, 2008 Transfer Order, a Conditional Transfer Order entered by the Panel on
8  February 26, 2008, and subsequent Notice to the Panel pursuant to Rule 7.5 of the <u>Rules of</u>
9  <u>Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425 (2001), filed
10 concurrently herewith. <u>See</u> Declaration of Livia Kiser at Ex. A (Feb. 20, 2008 Trans. Order), Ex.
11 B (Feb. 26, 2008 Conditional Trans. Order), Ex. C (Notice).

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br><br>Robert E. Koch, individually and on behalf of those similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-cv-254<br><br>MDL 1907 | • Maury A. Herman, David A. McKay, Andrea S. Hirsch; Herman, Mathis, Casey, Kitchens and Gerel, LLP, 230 Peachtree Street, NW, Suite 2260, Atlanta, Georgia 30303<br>Phone: (404) 880-9500<br><br>• Chip Robertson; Bartimus, Frickleton, Robertson & Gorny, Jefferson City Office, 715 Swifts Highway, Jefferson City, Missouri 65109<br>Phone: (573) 659-4454<br><br>• David A. Rosen, Alexis B. Djivre; Rose, Klein & Marias LLP, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 626-0571<br><br>• Christopher P. Ridout, Devon Lyon; Ridout & Lyon LLP, 100 Oceangate, 14th Floor, Long Beach, California 90802<br>Phone: (562) 216-5020<br><br>• Gideon Kracov; Law Office of Gideon Kracov, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 629-2071 |
| Plaintiffs:<br><br>Kristine Mothershead and Leonie Lloyd, individually and on behalf of all others similarly situated | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907- | • John Campbell, John Simon, Erich Vieth; Simon Passanante, PC, 701 Market Street, Suite 1450, St. Louis, Missouri 63101<br>Phone: (314) 241-2929 |

1

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | ERW | • Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Nicole Behnen, Alice Dickherber; Polsinelli, Shalton, Flanigan, Suelthaus, P.C., 7733 Forsyth Blvd., 12th Floor, St. Louis, Missouri 63105<br>Phone: (314) 889-7095 |
| Plaintiff:<br><br>Maya Fiallos, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Thomas Ronzetti, David Buckner; Kozyak, Tropin & Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134<br>Phone: (305) 372-1800<br><br>• Timothy Carl Blake; Law Offices of Timothy Carl Blake, P.A, Concord Building, Suite 1000, 66 W. Flagler Street, Miami, Florida 33130<br>Phone: (305) 373-5210<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| Plaintiffs:<br><br>Rebecca and Fernando Freyre, on behalf of themselves and all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Harold A. Haddon, Saskia A. Jordan, Suzanna Wasito Tiftickjian; Haddon, Morgan, Mueller, Jordan, Mackey & Foreman, P.C., 150 East Tenth Avenue, Denver, Colorado 80203<br>Phone: (303) 831-7364<br><br>• Kenneth S. Canfield, Ralph J. Knowles, Martha J. Fessenden, Kimberly J. Johnson; Doffermyre, Shields, Canfield, Knowles and Devine, LLC, 1355 Peachtree Street, Suite 1600, Atlanta, Georgia 30309<br>Phone: (404) 881-8900<br><br>• Eric J. Artrip, Herman A. Watson, Jr., Rebekah Keith McKinney; Watson Jimmerson Martin McKinney Graffeo & Helms, P.C., 203 Greene Street, Huntsville, Alabama 35804<br>Phone: (256) 536-7423<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

2

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| | PARTIES | COURT | ATTORNEYS |
|---|---|---|---|
| 1 | | | |
| 2-15 | Plaintiffs:<br><br>Mona Still, Helen Phillips, Eve Hana, Jeanmarie Zirger, Kim King, Noelle Fincham, Oksana Jensen, Gabriela Waschewsky, Laurelanne Davis, Debbie Millikan, Joan Scheutz, Sandie Regan, Steve Shriver, Mary Elbertai, Eileen Ptak, Cynthia Roche-Cotter, Kristen Finnegan, Amy Forsman, Joy Beckner, Naomi Mardock, Olive Knaus, Liana Hoodes, Donita Robinson, Ilene Rachford, Lisa Hopkins, Caryn Poirier, Erin Diserens, Tammy Coselli, Debra Haines, Debra Schmidt, Hans Kueck<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br><br>Case No. 4:08-md-01907-ERW | • Don M. Downing, Thomas K. Neill; Gray, Ritter & Graham, P.C., 701 Market Street, Suite 800, St. Louis, Missouri 63101<br>Phone: (314) 241-5620<br><br>• Curtis F. Gantz, David G. Cox; Lane, Alton & Horst LLC, Two Miranova Place, Suite 500, Columbus, Ohio 43215<br>Phone: (614) 228-6885<br><br>• Adam J. Levitt; Wolf Haldenstein Adler Freeman & Herz LLC, 55 West Monroe Street, Suite 1111, Chicago, Illinois 60603<br>Phone: (312) 984-0000<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| 16-20 | Plaintiffs:<br><br>Hillary White and Lynn Michalson, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | S.D. New York<br><br>Case No. 07-CIV-9418 | • Christopher Lovell, Craig Essenmacher, Keith Essenmacher; Lovell Stewart Halebian LLP, 500 Fifth Avenue, New York, New York 10110<br>Phone: (212) 608-1900<br><br>• William O. Reckler; Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, New York 10022<br>Phone: (212) 906-1200 |
| 21-25 | Plaintiff:<br><br>Ilsa Lee Kaye, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | E.D. New York<br><br>Case No. 2:07-cv-04425-DRH-ETB | • Christopher Lovell, Craig Essenmacher, Keith Essenmacher; Lovell Stewart Halebian LLP, 500 Fifth Avenue, New York, New York 10110<br>Phone: (212) 608-1900<br><br>• William O. Reckler; Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, New York 10022 Phone: (212) 906-1200 |

3

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| | PARTIES | COURT | ATTORNEYS |
|---|---|---|---|
| 1 | | | |
| 2-10 | Plaintiff:<br><br>Elizabeth Cockrell, individually and on behalf of all others similarly situation<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado<br><br>Case No. 1:07-cv-02285-LTB | • Kip B. Shuman; The Shuman Law Firm, 801 E. 17th Avenue, Denver, Colorado 80218<br>Phone: (303) 861-3003<br><br>• Christopher Lovell, Craig Essenmacher, Keith Essenmacher; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 5800, New York, New York 10110<br>Phone: (212) 608-1900<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| 11-25 | Plaintiffs:<br><br>Jim Snell, Steve Clark, John Barrera, Joseph Villari, Elida Gollomp, Claire M. Theodore and Elisabeth Banse, on behalf of themselves and all other similarly situated<br><br>Defendants:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, Wild Oats Market, Inc., Costco Wholesale Corporation, Safeway Inc., Wal-Mart Stores, Inc. | D. Colorado<br><br>Case No. 07-cv-02449 | • Joe R. Whatley, Jr., Edith M. Kallas; Whatley Drake & Kallas, LLC, 1540 Broadway, 37th Floor, New York, New York 10036<br>Phone: (212) 447-7070<br><br>• Richard P. Rouco, W. Tucker Brown; Whatley Drake & Kallas, LLC, 2001 Park Place North, Suite 1000, Birmingham, Alabama 35203<br>Phone: (205) 328-9576<br><br>• James G. Stranch, III, J. Gerard Stranch, IV, Joe P. Leniski, Jr.; Branstetter, Stranch & Jennings PLLC, 227 Second Avenue North, Nashville, Tennessee 37201<br>Phone: (615) 254-8801<br><br>• Nadeem Faruqi; Faruqi & Faruqi, LLP, 320 East 39th Street, New York, New York 10016<br>Phone: (212) 983-9330<br><br>• James A. Streett; Streett Law Firm, 107 West Main, Russellville, Arkansas 72801<br><br>• John Emerson; Emerson Poynter LLP, The Museum Center, 500 Presiden Clinton Avenue, Suite 305, Little Rock, Arkansas 72201<br>Phone: (501) 907-2555<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

4

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| | | - Jay W. Connolly, Aaron Belzer, M. Brown; Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105<br>Phone: (415) 397-2823<br>- Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| Plaintiffs:<br>Margot A. West, and Richard E. Ehly, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado<br>Case No. 1:07-cv-02625-JLK | - Tracy D. Rezvani, Mila F. Bartos, Karen J. Marcus; Finkelstein Thompson LLP, The Duvall Foundry 1050 30th Street NW, Washington, D.C. 20007<br>Phone: (202) 337-8000<br>- Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br>- Daniel W. Wake; Sander, Ingebretsen & Parish, P.C., 633 17th Street, Suite 1900, Denver, Colorado 80202<br>Phone: (303) 285-5544 |
| Plaintiff:<br>Fayetta Cowan<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy and Wal-Mart Stores, Inc. | S.D. Indiana (Indianapolis)<br>Case No. 08-cv-00157-RLY-WTL | - Irwin B. Levin, Richard E. Shevitz, Arend J. Abel; Cohen & Malad, LLP, One Indiana Square, Suite 1400, Indianapolis, Indiana 46204<br>Phone: (317) 636-6481<br>- Jeffery M. Monberg; Krieg DeVault LLP, 833 W. Lincoln Hwy., Suite 410W, Schererville, Indiana 46375<br>Phone: (219) 227-6111<br>- Greg A. Small, Max W. Hittle, Jr.; Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204<br>Phone: (317) 238-6282<br>- Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

5

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiff:<br>Shawn Riley, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Safeway Inc. | N.D. California<br><br>Case No. 07-cv-6174-JCS | • Shana E. Scarlett; Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, California 94710<br>Phone: (510) 725-3000<br><br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600 |
|  |  | • Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Viviann C. Stapp; Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111<br>Phone: (415) 391-0600 |
| Plaintiff:<br>Channing Hesse, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Costco Wholesale Corporation | W.D. Washington (Seattle)<br><br>Case No. 07-cv-01975-MJP | • Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan; Hagens Berman Sobol Shapiro LLP, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• David J. Burman, Shylah R. Alfonso; Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101<br>Phone: (203) 359-8000 |

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| PARTIES | COURT | ATTORNEYS |
|---|---|---|
| Plaintiffs:<br><br>Patrick and Caryn Hudspeth, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br><br>Target Corp. | D. Minnesota (St. Paul)<br><br>Case No. 07-cv-04755-PJS-JJG | • Garrett D. Blanchfield, Jr.; Reinhardt Wendorf & Blanchfield, 332 Minnesota St., Suite E-1250 First National Bank Bldg., St. Paul, Minnesota 55101<br>Phone: (651) 287-2100<br><br>• William N. Riley, Christopher A. Moeller, Jamie R. Kendall, Joseph N. Williams; Price, Waicukauski & Riley, LLC, 301 Massachusetts Ave, Indianapolis, Indiana 46204<br>Phone: (317) 633-8787<br><br>• Frederic Fox; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, New York 10022<br>Phone: (212) 687-1980<br><br>• Laurence D. King; Kaplan Fox & Kilsheimer LLP 350 Sansome Street, Suite 400, San Francisco, California 94104<br>Phone: (415) 772-4700<br><br>• Jonathon C. Miesen; Stoel Rives LLP, Suite 4200, 33 South Sixth Street, Minneapolis, Minnesota 55402<br>Phone: (612) 373-8800 |
| Plaintiff:<br><br>Vicki M. Tysseling-Mattiace, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br><br>Wild Oats Markets, Inc. | D. Colorado (Denver)<br><br>Case No. 07-cv-02622-WYD-BNB | • Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Robert B. Carey, Frances R. Johnson; The Carey Law Firm, 2301 E. Pikes Peak Avenue, Colorado Springs, Colorado 80918;<br>Phone: (719) 635-0377<br><br>• Jay Connolly<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Phone: (415) 397-2823 |

7

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| | **PARTIES** | **COURT** | **ATTORNEYS** |
|---|---|---|---|
| | Plaintiff:<br><br>Paul Bowen, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Wal-Mart Stores, Inc. | E.D. Arkansas (Little Rock)<br><br>Case No.<br><br>08-cv-00010-JLH | • Hank Bates; Cauley Bowman Carney & Williams, PLLC, P.O. Box 25438, Little Rock, Arkansas 72221<br>Phone: (501) 312-8500<br><br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan; Hagens Berman Sobol Shapiro LLP, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600<br><br>• Philip E. Kaplan; Williams & Anderson PLC, 111 Center Street, 22nd Floor, Little Rock Arkansas 72201<br>Phone: (501) 396-8432<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |
| | Plaintiff:<br><br>Theadora King, individually and on behalf of all others similarly situated<br><br>Defendant:<br><br>Safeway Inc. | N.D. California (San Francisco)<br><br>Case No.<br><br>CV-08-0999-EDL | • Shana E. Scarlett; Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, California 94710<br>Phone: (510) 725-3000<br><br>• Steve W. Berman; Hagens Berman Sobol Shapiro LLP, 1301 5th Ave., Suite 2900, Seattle, Washington 98101<br>Phone: (206) 623-7292<br><br>• Elizabeth A. Fegan, 820 North Blvd., Suite B, Oak Park, Illinois 60301<br>Phone: (708) 776-5600 |
| | | | • Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700<br><br>• Viviann C. Stapp; Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111<br>Phone: (415) 391-0600 |

| | PARTIES | COURT | ATTORNEYS |
|---|---|---|---|
| 1 | | | |
| 2 | Plaintiff:<br><br>Nicolle DiSimone, individually and on behalf of those similarly situated<br><br>Defendant:<br><br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | C.D. California, Western Division – Spring Street<br><br>Case No.<br><br>08-0746-DSF-VBK | • Maury A. Herman, David A. McKay, Andrea S. Hirsch; Herman, Mathis, Casey, Kitchens and Gerel, LLP, 230 Peachtree Street, NW, Suite 2260, Atlanta, Georgia 30303<br>Phone: (404) 880-9500<br><br>• Chip Robertson; Bartimus, Frickleton, Robertson & Gorny, Jefferson City Office, 715 Swifts Highway, Jefferson City, Missouri 65109<br>Phone: (573) 659-4454<br><br>• David A. Rosen, Alexis B. Djivre; Rose, Klein & Marias LLP, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 626-0571<br><br>• Christopher P. Ridout, Devon Lyon; Ridout & Lyon LLP, 100 Oceangate, 14th Floor, Long Beach, California 90802<br>Phone: (562) 216-5020<br><br>• Gideon Kracov; Law Office of Gideon Kracov, 801 South Grand Avenue, 11th Floor, Los Angeles, California 90017<br>Phone: (213) 629-2071<br><br>• Daniel R. Seltzer; Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007<br>Phone: (213) 485-1234<br><br>• Christopher Darrow, Gregory Nylen; Greenberg Traurig LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404<br>Phone: (310) 586-7895<br><br>• Mark S. Mester, Livia M. Kiser; Latham & Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, Illinois 60606<br>Phone: (312) 876-7700 |

9

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

| | |
|---|---|
| 1 | Dated: March 3, 2008                  Respectfully submitted, |

COUNSEL FOR DEFENDANT AURORA DAIRY CORPORATION

By: /s/ Viviann C. Stapp

LATHAM & WATKINS LLP
Viviann C. Stapp (Cal. Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

10

Case No. 3:07-cv-05331-MMC
AURORA DAIRY CORPORATION'S
LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS