1  **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
   Robert M. Bramson (Cal. Bar No. 102006)
2  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
3  Telephone: (925) 945-0200
   Facsimile: 925-945-8792
4  rbramson@bramsonplutzik.com

5  (Additional Counsel On Signature Page)

6  *Attorneys for Plaintiff Brenda Gallardo*

7

   **LATHAM & WATKINS LLP**
8  Viviann C. Stapp (Cal. Bar No. 233036)
   505 Montgomery Street, Suite 2000
9  San Francisco, California 94111
   Telephone: (415) 391-0600
10 Fax: (415) 395-8095
   Email: viviann.stapp@lw.com
11
   Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*)
12 Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*)
   233 South Wacker Drive
13 Sears Tower, Suite 5800
   Chicago, IL 60606
14 Telephone: (312) 876-7700
   Fax: (312) 993-9767
15 Email: mark.mester@lw.com
          livia.kiser@lw.com
16
   *Attorneys for Defendant Aurora Dairy Corporation*
17

18

19             **UNITED STATES DISTRICT COURT**

20             **NORTHERN DISTRICT OF CALIFORNIA**

21                 **SAN FRANCISCO DIVISION**

22 **BRENDA GALLARDO, on behalf of herself**       )   Case No. 3:07-cv-05331-MMC
   **and all other similarly situated,**           )
23                                                 )
                                     **Plaintiff,** )
24                                                 )   **STIPULATION REQUESTING AN**
   **AURORA DAIRY CORPORATION, d/b/a**             )   **ORDER VACATING THE CASE**
25 **AURORA ORGANIC DAIRY,**                       )   **MANAGEMENT CONFERENCE**
                                                   )   **AND [PROPOSED] ORDER**
26                              **Defendant**      )
                                                   )
27                                                 )

28

Pursuant to Civ. L. R. 6-2 and 16-2, Plaintiff Brenda Gallardo ("Plaintiff" or "Gallardo") and Defendant Aurora Dairy Corporation ("Defendant" or "Aurora") (collectively, the "Parties"), by and through their attorneys, submit the following as and for this Stipulation Requesting An Order Vacating The Case Management Conference:

The above-captioned action is one of nineteen actions filed against Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora") and/or several retailers who sell Aurora's organic milk. See Dkt # 34 (Aurora Dairy Corporation's Local Rule 3-13 Notice Of Pendency Of Other Actions Or Proceedings).

On February 20, 2008, the Judicial Panel on Multidistrict Litigation ("Multidistrict Panel") issued an order transferring and consolidating four of those actions -- Freyre, et al. v. Aurora Dairy Corp. (D. Colo.), Still, et al. v. Aurora Dairy Corp. (D. Colo.); Fiallos v. Aurora Dairy Corp. (S.D. Fla.) and Mothershead, et al. v. Aurora Dairy Corp. (E.D. Mo.) -- in the Eastern District of Missouri. See Declaration of Livia M. Kiser ("Kiser Decl.") ¶ 2, Ex. A (Transfer Order) at 7. In addition, the Multidistrict Panel identified eleven other actions -- including this action -- as "potential tag-along" actions. See id. at 5, n. 1. Accordingly, on February 26, 2008, the Clerk of the Multidistrict Panel issued a Conditional Transfer Order for this and the other previously identified "potential tag-along" actions. See Kiser Decl. Ex. B (Conditional Transfer Order) at 10-11. This matter will be transferred pursuant to the Conditional Transfer Order because Plaintiff does not intend to oppose transfer and consolidation. See Kiser Decl. ¶ 4. Accordingly, the final order transferring and consolidating this action will be entered by the Multidistrict Panel shortly after March 12, 2008. See Kiser Decl. Ex. B at 1 (indicating notice of opposition due on or before March 12, 2008).

On March 3, 2008, in light of the Conditional Transfer Order entered for this matter, the Parties agreed to stipulate to an order vacating the Case Management Conference currently scheduled for March 14, 2008. See Kiser Decl. ¶ 4. In light of the pending transfer and consolidation of this matter to the Eastern District of Missouri, the Parties agree that the Court should suspend pre-trial matters in this matter. The Parties face a number of near-term deadlines, including conferring and preparing a Joint Case Management Statement and otherwise engaging in

1  pre-trial activities.  See Dkt # 33 (Case Management Conference Order).  Many of these issues,

2  such as the Case Management Conference implicate judicial and litigant resources. Accordingly,

3  this Court should enter the attached proposed order.  See e.g., Good v. Prudential Ins. Co. of Am.,

4  5 F. Supp. 2d 804, 809 (N.D. Cal. 1998) (vacating and ruling *inter alia* that scheduled case

5  management conference be vacated where a "conditional order of transfer has been entered").

## CONCLUSION

7  For the reasons stated above, the Parties agree and respectfully request that all proceedings

8  in this matter be suspended pending the transfer and consolidation of this matter to the Eastern

9  District of Missouri with the consolidated proceedings In re Aurora Dairy Corp. Organic Milk

10  Marketing and Sales Practices Litigation.  The Parties further agree and respectfully request that

11  the Court vacate the Case Management Conference as proposed in the attached order.

## ATTESTATION OF SIGNATURE

13  Concurrence in filing this document has been obtained from each of the other signatories.

Dated:  March 3, 2008                                   Respectfully submitted,

**DEFENDANT AURORA DAIRY CORPORATION**

By:    /s/Viviann C. Stapp

**LATHAM & WATKINS LLP**
Viviann C. Stapp (Cal. Bar No. 233036)
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (*pro hac vice*)
Livia M. Kiser (*pro hac vice*)
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
livia.kiser@lw.com
Attorneys for Defendant
Aurora Dairy Corporation

| | |
|---|---|
| 1 | |
| 2 | By:  /s/Robert M. Bramson |
|   |       Robert M. Bramson |
| 3 | |
| 4 | **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP** |
|   | Robert M. Bramson, Cal. Bar No. 102006 |
| 5 | 2125 Oak Grove Road, Suite 120 |
|   | Walnut Creek, California 94598 |
| 6 | Telephone: (925) 945-0200 |
|   | Facsimile: 925-945-8792 |
| 7 | rbramson@bramsonplutzik.com |
| 8 | **THE MILLS LAW FIRM** |
|   | Robert W. Mills, Cal. Bar No. 062154 |
| 9 | Harry Shulman, Cal. Bar No. 209908 |
|   | 145 Marina Boulevard |
| 10 | San Rafael, CA 94901-4224 |
|   | Telephone: (415) 455-1326 |
| 11 | Facsimile: (415) 455-1327 |
|   | harry@millslawfirm.com |
| 12 | |
| 13 | **CENTER FOR SCIENCE IN THE PUBLIC INTEREST** |
|   | Stephen Gardner (*pro hac vice* pending*)* |
| 14 | Director of Litigation |
|   | Katherine Campbell (*pro hac vice* pending*)* |
| 15 | Staff Attorney |
|   | The Meadows Building |
| 16 | 5646 Milton Street, Suite 211 |
|   | Dallas, Texas 75206 |
| 17 | Telephone:  214-827-2774 |
|   | Facsimile: 214-827-2787 |
| 18 | sgardner@cspnet.org |
|   | kcampbell@cspinet.org |
| 19 | |
|   | Attorneys for Brenda Gallardo |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**[PROPOSED] ORDER**

The Court having considered the Stipulation Requesting An Order Amending The Case Management Schedule and good cause appearing, IT IS HEREBY ORDERED that the request is GRANTED.

The Case Management Conference Order entered on February 27, 2008 shall be vacated pending transfer and consolidation of this matter to the Eastern District of Missouri. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Maxine M. Chesney
United States District Judge